# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144462

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

QUALITY ONE CONSTRUCTION &
DEVELOPMENT, INC.,
          Plaintiff-Appellant,

v

CITY OF DEARBORN,
          Defendant-Appellee.

SC: 144462
COA: 303674
Wayne CC: 10-010696-AS

_____/

On order of the Court, the application for leave to appeal the December 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

h0618